413 A.2d 1132

Commonwealth v. Robinson, Appellant.

Argued March 20, 1979. Mark B. Frost, for appellant; Neil Kitrosser, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

413 A.2d 1132

Commonwealth v. Rojas, Appellant.

Submitted September 15, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.